**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 24.148.52.47**

**ISP:** RCN Corporation
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/22/2018 06:33:11 | A4F4A91195C567E4651AC7C2FB6468D7B80DBE24 | Stairway to Heaven |
| 07/22/2018 06:31:07 | 8FC510FE905B0E64ED8310D03762B5DDAD78AB08 | Horsing Around |
| 07/22/2018 06:30:04 | BD854E344F04DFE65B2D8A69F27CA4E023BFA1E4 | Superhot Sexting |
| 07/22/2018 06:29:13 | F64575E3211F34A4AF52BC05950A7511B180ACC4 | Lust At First Sight |
| 01/04/2018 01:52:28 | 3A03D24D0EF92C65F7CB484D3EFF81A2E65EAAD4 | Fashion Models |
| 10/05/2017 05:55:59 | 17447470A03ACDC123BC2C667D5AB5A3BC9275ED | Kiss From A Rose |
| 09/24/2017 17:42:33 | BEC5A3845EC88D752CDA0C0DFA8691C3883C7EFB | Triple Treat |
| 09/23/2017 23:29:08 | 93840136563C1B6B840D1A705E01A1B149A002AD | Summer Sex with Sybil |
| 09/23/2017 23:27:48 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |
| 09/23/2017 23:26:57 | BE823F7B2E116D03D423DFC8D7049B13029E6B6C | Best Friends Or Lesbians |
| 09/23/2017 23:26:41 | 4CD3C5E4AD53A28EDDD6C56F876CF4E7F4DC1614 | Blondes Love Brunettes |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A